

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00179-CR

HOMERO CONTRERAS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 22nd District Court
Hays County, Texas
Trial Court No. CR-17-0252

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Appellant Homero Contreras was convicted of aggravated sexual assault and sentenced to seventeen years' imprisonment. This is his direct appeal from that conviction.

Contreras' attorney, Ken Mahaffey, has filed a motion in this Court seeking to withdraw as counsel for medical reasons. We abate the matter to the trial court to determine whether Mahaffey should be permitted to withdraw and whether new appellate counsel should be appointed. If the trial court grants Mahaffey's motion to withdraw and determines that new appellate counsel should be appointed, then it should make the appointment, enter a written memorialization of the appointment into the record of the case, and present the written memorialization to this Court in the form of a supplemental clerk's record within five days of the date of this order, or on or before December 3, 2018. If new appellate counsel is appointed, then Mahaffey's obligations in this matter will come to an end, and he need file nothing further in this matter. If the trial court determines that Mahaffey should continue as Contreras' appellate counsel, then it shall enter a written memorialization of that finding into the record of the case and present that written memorialization to this Court in the form of a supplemental clerk's record within five days of the date of this order, or on or before December 3, 2018.

All appellate timetables are stayed and will resume on our receipt of the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: November 28, 2018

2